# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 427 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DEANDRE LEMARR FORBES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.